■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK DORFMAN, Appellant.—Judgment, Supreme Court, New York County (Jacqueline Silbermann, J.), rendered on September 11, 1986, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sandler, J. P., Carro, Milonas, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUNYA PREDOVAN, Appellant.—Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on April 8,

1986, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sandler, J. P., Carro, Milonas, Rosenberger and Smith, JJ.